The State of Ohio, Appellee, *v.* Wetzel, Appellant.

(No. 7414—Decided August 13, 1963.)

*Mr. John C. Young,* city attorney, *Mr. Howard P. Lowe* and *Mr. Gordon L. Sroufe,* for appellee.

*Mr. James C. Britt, Mr. Willis E. Wolfe, Jr.,* and *Mr. Joseph G. Rotondo,* for appellant.

Duffy, P. J. The state of Ohio has filed a motion asking for a dismissal of this appeal for the reason that the order for which the defendant, appellant herein, has attempted to appeal is not a final or appealable order, and that jurisdiction has not as yet been conferred on this court. The appeal has been taken from the overruling of a motion to suppress evidence.

The defendant-appellant has not answered the motion, but it appears that the order appealed from is not a final or appealable order. See Section 2953.02 of the Revised Code and *State v. Holbrook,* 105 Ohio App., 414.

The motion to dismiss will be, and hereby is, sustained, and the cause remanded to the trial court for further proceedings according to law.

*Motion sustained.*

Bryant and Troop, JJ., concur.